**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ana Cruz De Ortiz, | CASE NO.: 2:24-cv-06322-SVW-JPR |
| Plaintiff | JUDGMENT |
| vs. | |
| United States of America, | |
| Defendant. | |

    Judgment is entered for the Government and against Plaintiff Ana Cruz De Ortiz, pursuant to the Court's findings dated April 15, 2025.

DATE: May 9, 2025

_____
STEPHEN V. WILSON, U.S. DISTRICT JUDGE